# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC, <br><br> Plaintiff, <br><br> -against- <br><br> NETWORK SOLUTIONS, LLC, THE KNOT, INC., INSIDER GUIDES, INC., CYWORLD INC., FRIENDFINDER NETWORKS, INC., HI5 NETWORKS, INC., FREEWEBS, INC., GAIA INTERACTIVE INC., FRIENDSTER, INC., EBAUM'S WORLD, INC., PUMA INTERNATIONAL, LLC, IMEEM, INC., SCRIPPS NETWORKS, LLC, LIVE JOURNAL INC., NIKE, INC., NING, INC., SWATCHBOX TECHNOLOGIES, INC., ELECTRONIC ARTS INC., HOOKUMU INC., MEREDITH CORP., and CAPCOM USA, INC., <br><br> Defendants. | Civil Action No. 2:08-cv-430-DF <br><br> **ORDER OF DISMISSAL** |

Upon consideration of the attached Notice of Dismissal filed by Plaintiff Balthaser Online, Inc. in connection with claims of patent infringement filed against defendant Friendfinder Networks, Inc., it is hereby **ORDERED** that all claims asserted against defendant Friendfinder Networks, Inc. be dismissed without prejudice.