# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BALTHASER ONLINE, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>NETWORK SOLUTIONS, LLC, THE KNOT, INC., INSIDER GUIDES, INC., CYWORLD INC., FRIENDFINDER NETWORKS INC., HI5 NETWORKS, INC., FREEWEBS, INC., GAIA INTERACTIVE INC., FRIENDSTER, INC., EBAUM'S WORLD, INC., PUMA INTERNATIONAL, LLC, IMEEM, INC., SCRIPPS NETWORKS, LLC, LIVE JOURNAL INC., NIKE, INC., NING, INC., SWATCHBOX TECHNOLOGIES, INC., ELECTRONIC ARTS INC., HOOKUMU INC., MEREDITH CORP., and CAPCOM USA, INC.,<br><br>Defendants. | Civil Action No. 2:08-cv-430-DF<br><br>**NOTICE OF DISMISSAL**<br>**(JURY TRIAL DEMANDED)** |

Pursuant to Federal Rule Civ. P. 41(a)(1)(A)(i), Plaintiff hereby notices the voluntary dismissal of this action against defendant Puma International, LLC.

Dated: January 15, 2009

    /s/ Sam Baxter
Samuel F. Baxter
Texas Bar No. 01938000
sbaxter@mckoolsmith.com
Gary Kitchen
Texas Bar No. 24033656
gkitchen@mckoolsmith.com
McKOOL SMITH, P.C.

DOCSNY-345247v01

        104 East Houston Street, Suite 300
        Marshall, Texas 75670
        Telephone: (903) 923-9000
        Facsimile: (903) 923-9099

            - and -

        Alfred R. Fabricant
        fabricanta@dicksteinshapiro.com
        Lawrence C. Drucker
        druckerl@dicksteinshapiro.com
        Cindy Yang
        yangc@dicksteinshapiro.com
        DICKSTEIN SHAPIRO LLP
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 277-6500
        Facsimile: (212) 277-6501

        *Attorneys for Plaintiff Balthaser Online, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and therefore served on all counsel who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail and overnight delivery, on this 15th day of January 2009.

                                                       /s/ Sam Baxter