**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BALTHASER ONLINE, INC., | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 2:08-CV-00430 DF |
| v. | § § | **(JURY TRIAL DEMANDED)** |
| NETWORK SOLUTIONS, LLC, THE KNOT, INC., INSIDER GUIDES, INC., CYWORLD INC., FRIENDFINDER NETWORKS, INC., HI5 NETWORKS, INC., FREEWEBS, INC., GAIA INTERACTIVE INC., FRIENDSTER, INC., EBAUM'S WORLD, INC., PUMA INTERNATIONAL, LLC, IMEEM, INC., SCRIPPS NETWORKS, LLC, LIVE JOURNAL INC., NIKE, INC., NING, INC., SWATCHBOX TECHNOLOGIES, INC., ELECTRONIC ARTS INC., HOOKUMU INC., MEREDITH CORP., and CAPCOM USA, INC., | § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**BALTHASER ONLINE, INC.'S AND NETWORK SOLUTIONS, LLC'S**
**JOINT MOTION FOR PARTIAL DISMISSAL WITH PREJUDICE**

Plaintiff Balthaser Online, Inc. ("Balthaser") and Defendant Network Solutions, LLC ("Network Solutions") have settled their dispute and hereby respectfully move, through their undersigned counsel, for an order providing that (i) all claims and counterclaims asserted by either party in the above-styled action against the other are hereby dismissed with prejudice, (ii) each party shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this action, and (iii) all unresolved pending motions in this action between these settling parties are denied as moot.

June 24, 2009

Respectfully submitted,

MCKOOL SMITH, P.C.

By:    /s/ Sam Baxter
      Samuel F. Baxter
      Texas Bar No. 01938000
      Gary Kitchen
      Texas Bar No. 24033656
      104 East Houston St., Suite 300
      Marshall, TX 75670
      Tel: (903) 923-9000
      Fax: (903) 923-9099
      Email: sbaxter@mckoolsmith.com
      Email:  gkitchen@mckoolsmith.com

        -and-

      Alfred R Fabricant*
      fabricanta@dicksteinshapiro.com
      Lawrence C. Drucker*
      druckerl@dicksteinshapiro.com
      Cindy Yang*
      yangc@dicksteinshapiro.com
      Bryan N. DeMatteo*
      dematteob@dicksteinshapiro.com
      **DICKSTEIN SHAPIRO LLP**
      1177 Avenue of the Americas
      New York, NY 10036-2714
      Tel: (212) 277-6500
      Fax: (212) 277-6501
      (*admitted *pro hac vice*)

      *Attorneys for Plaintiff*
      *Balthaser Online, Inc.*

TOWNSEND & TOWNSEND & CREW LLP

By:    /s/ Richard S. Meyer
      Richard S. Meyer *
      TOWNSEND & TOWNSEND &
      CREW LLP
      1301 K Street, N.W. Ninth Floor, East
      Tower
      Washington, DC 20005
      Tel:  (202) 481-9900
      rmeyer@townsend.com

      Theodore T. Herhold *
      TOWNSEND & TOWNSEND &
      CREW LLP
      379 Lytton Ave.
      Palo Alto, CA 94301
      Tel:  (650) 326-2400
      ttherold@townsend.com
      (*admitted *pro hac vice*)

        -and-

      S. Calvin Capshaw
      Texas Bar No.03783900
      Elizabeth L. DeRieux
      Texas Bar No. 0577085
      **CAPSHAW DERIEUX, L.L.P.**
      1127 Judson Road, Suite 220
      Longview, TX 75601
      Telephone: (903) 236-9800
      Facsimile: (903) 236-8787
      ccapshaw@capshawlaw.com
      ederieux@capshawlaw.com

      *Attorneys for Defendant*
      *Network Solutions, LLC*

DOCSNY-368982v01

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and therefore served on all counsel who have consented to electronic service on this 24th day of June 2009.  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record or representative(s) of *pro se* defendants were served with a true and correct copy of the foregoing by electronic mail on this 24th day of June 2009.

_____/s/_ Sam Baxter_____

DOCSNY-368982v01