**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BALTHASER ONLINE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:08-CV-00430 DF |
| v. | § | |
| | § | **(JURY TRIAL DEMANDED)** |
| ART STAR DESIGN LLC, et al. | § | |
| | § | |
| Defendants. | § | |
| | § | |

**JOINT MOTION TO DISMISS DEFENDANTS ART STAR DESIGN LLC, INTERARIA
AND SHAMEBLAME.COM WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Balthaser Online, Inc. ("Balthaser") and Defendants Art Star Design LLC, Interaria, and shameblame.com (collectively, "Defendants") hereby jointly stipulate and respectfully move for entry of an order providing that (i) all claims and counterclaims asserted by either Balthaser or Defendants in the above-styled action against the other are hereby dismissed without prejudice, (ii) Balthaser and Defendants shall each bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this action, and (iii) all unresolved pending motions in this action between Balthaser and Defendants are denied as moot.

This Joint Motion is being signed by all parties who have appeared in this action.

Therefore, Balthaser and Defendants respectfully request the Court grant their Motion to Dismiss Defendant Art Star Design LLC, Interaria and shameblame.com without prejudice.

| | |
|---|---|
| March 26, 2010 | Respectfully submitted, |
| /s/ Ryan Bishop<br>Ryan Bishop<br>11901 Swearingen Dr.<br>Austin, Texas 78758<br><br>*PRO SE* FOR ART STAR DESIGN LLC | MCKOOL SMITH, P.C.<br><br>By:   /s/ Sam Baxter<br>Samuel F. Baxter<br>Texas Bar No. 01938000<br>104 East Houston St., Suite 300<br>Marshall, TX 75670<br>Tel: (903) 923-9000<br>Fax: (903) 923-9099<br>sbaxter@mckoolsmith.com |
| /s/ James Shields<br>James Shields<br>704 Cutlass St.<br>Austin, Texas 78734<br><br>*PRO SE* FOR INTERARIA | John F. Garvish, II<br>Texas Bar No. 24043681<br>300 W. 6th St., Suite 1700<br>Austin, Texas 78701<br>Tel: (512) 692-8700<br>Fax: (512) 692-8744<br>jgarvish@mckoolsmith.com |
| /s/ Andre Bertheola<br>Andre Bertheola<br>18433 Crestwind Cv.<br>Elgin, Texas 78621<br><br>*PRO SE* FOR SHAMEBLAME.COM | -and-<br><br>Alfred R Fabricant*<br>fabricanta@dicksteinshapiro.com<br>Lawrence C. Drucker*<br>druckerl@dicksteinshapiro.com<br>Cindy Yang*<br>yangc@dicksteinshapiro.com<br>Bryan N. DeMatteo*<br>dematteob@dicksteinshapiro.com<br>**DICKSTEIN SHAPIRO LLP**<br>1633 Broadway<br>New York, NY 10019-6708<br>Tel: (212) 277-6500<br>Fax: (212) 277-6501<br><br>*admitted *pro hac vice*<br><br>*Attorneys for Plaintiff*<br>*Balthaser Online, Inc.* |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and therefore served on all counsel who have consented to electronic service on this March 26, 2010.  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record and representatives of the *pro se* defendants were served with a true and correct copy of the foregoing by e-mail on this March 26, 2010.

                                            /s/ Sam Baxter
                                            Sam Baxter

DOCSNY-407004v01